1 | MELISSA W. COOK, ESQ.; SBN 134791
    mwccoast@aol.com
2 | KERRY K. FENNELLY, ESQ.; SBN 232621
    kkfennelly@sbcglobal.net
3 | MELISSA W. COOK & ASSOCIATES
    3444 Camino del Rio North, Suite 106
4 | San Diego, California 92108
    Telephone:  (619) 280-4302
5 | Facsimile:  (619) 280-4304

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | CALIFORNIA IRONWORKERS FIELD )   CASE NO.: CV08-05500 PA (RZx)
11 | PENSION TRUST; CALIFORNIA )
     IRONWORKERS FIELD WELFARE )
12 | PLAN; CALIFORNIA FIELD IRON )    JUDGMENT
     WORKER VACATION TRUST )
13 | FUND; CALIFORNIA FIELD IRON )
     WORKERS APPRENTICESHIP )
14 | TRAINING AND JOURNEYMAN )
     RETRAINING FUND; CALIFORNIA )
15 | AND VICINITY FIELD IRON )
     WORKERS ANNUITY FUND; )
16 | CALIFORNIA FIELD IRON )
     WORKERS ADMINISTRATIVE )
17 | TRUST; CALIFORNIA FIELD )
     IRONWORKERS LABOR )
18 | MANAGEMENT COOPERATIVE )
     TRUST FUND; and IRONWORKERS )
19 | WORKERS' COMPENSATION TRUST, )
                                   )
20 |                 Plaintiffs,   )
                                   )
21 |          v.                   )
                                   )
22 | TITAN CONSTRUCTION AND STEEL )
     SERVICES INCORPORATED dba )
23 | TITAN STEEL SERVICES aka TITAN )
     CONSTRUCTION AND STEEL,       )
24 |                                )
                    Defendant.     )
25 | _____)

26 |         Pursuant to the application of Plaintiffs for judgment pursuant to the

27 | Stipulation of Judgment and Order thereon and good cause appearing:

28 |         IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs

1  CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA
2  IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS
3  VACATION TRUST, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP
4  TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND
5  VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD
6  IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD
7  IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST and
8  IRONWORKERS WORKER'S COMPENSATION TRUST shall recover from
9  Defendant, TITAN CONSTRUCTION AND STEEL SERVICES INCORPORATED dba
10 TITAN STEEL SERVICES AKA TITAN STEEL CONSTRUCTION AND STEEL the
11 sum of **$69,169.24,** which includes $51,290.84 for the balance owed on the Stipulation
12 of Judgment, $857.19 in interest due on the Stipulation of Judgment and $17,004.50 for
13 attorney's fees and costs.
14     Judgment is entered this 25th day of November, 2009.

_____
PERCY ANDERSON, District Judge
UNITED STATES DISTRICT COURT